IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REDACTED** |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05- 40 |
| TIMOTHY CANNON, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about March 25, 2005, in or near Georgetown, in the State and District of Delaware, Timothy Cannon, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Bryco Arms .32 caliber handgun, serial no. 291208, and a Intratec Arms .22 caliber handgun, serial no. 097164, after having been convicted on or about May 4, 2000, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for Sussex County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Two

On or about March 25, 2005, in the State and District of Delaware, Timothy Cannon, defendant herein, did knowingly possess a stolen firearm, that is, a Bryco Arms .32 caliber handgun, serial no. 291208, which had been transported in interstate commerce, knowing and having reasonable cause

to believe that the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: Richard G. Andrews
Richard G. Andrews
First Assistant U.S. Attorney

Dated: April 26, 2005