IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-40 |
| ) | |
| TIMOTHY CANNON, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, TIMOTHY CANNON, as a result of the Indictment returned against him on April 26, 2005.

COLM F. CONNOLLY
United States Attorney

By: _Richard G. Andrews_
Richard G. Andrews
First Assistant United States Attorney

Dated: 4/26/05

AND NOW, this __26__ day of __April__, 2005, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of TIMOTHY CANNON.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge