IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| v. | )   No. 05-40 |
| TIMOTHY CANNON, | ) |
|     Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**.  This case is eligible for a detention order because case involves (**check all that apply**):

     __ X __    Crime of violence (18 U.S.C. § 3156)

     _____    Maximum sentence life imprisonment or death

     _____    10+ year drug offense

     _____    Felony, with two prior convictions in above categories

     __ X __    Serious risk defendant will flee

     _____    Serious risk obstruction of justice

2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

     __ X __    Defendant's appearance as required

     __ X __    Safety of any other person and the community

3.  **Rebuttable Presumption**.  The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e).  (If yes) The presumption applies because (**check one or both**):

    _____    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____    Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

    _____    At first appearance

    \_\_X\_\_    After continuance of \_\_3\_\_ days (not more than 3).

    DATED this \_\_2nd\_\_ day of\_May\_, 2005.

                                    COLM F. CONNOLLY
                                    United States Attorney


                                    BY: /s/
                                       Richard G. Andrews
                                     First Assistant U. S. Attorney