UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>    Timothy Cannon<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. CR 05-40-SLR<br>)<br>)<br>)<br>)<br>) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *May 10, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *June 30, 2005*. The time between the date of this order and *June 30, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

> Honorable Mary Pat Thynge
> U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney