AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

UNITED STATES OF AMERICA

V.

TIMOTHY CANNON

**WARRANT FOR ARREST**

Case Number:  CR 05-40-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __TIMOTHY CANNON__
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her    (brief description of offense)

POSSESSION OF A FIREARM BY A FELON;
POSSESSION OF A STOLEN FIREARM

in violation of __18__ United States Code, Section(s) __922(g)(1) and 924(a)(2)__

Peter T. Dalleo                                                    Clerk, United States District Court
Name of Issuing Officer                                    Title of Issuing Officer

By: [signature] Deputy Clerk                          4/26/2005 in Wilmington, DE
Signature of Issuing Officer                              Date and Location

Bail fixed at $ _____ by _____
                                                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| DATE RECEIVED: 05/02/05    NAME AND TITLE OF ARRESTING OFFICER: J. Flinchum PS    SIGNATURE OF ARRESTING OFFICER: [signature]<br>DATE OF ARREST: 05/02/05 |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                    _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____