IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-40-SLR |
| TIMOTHY CANNON, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this __1st__ day of __July__, 2005, that Defendant Cannon's pretrial motions shall be due on the __8th__ day of __August__, 2005.

_____
Honorable Sue L. Robinson
United States District Court