IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )
     v.                          )   Crim. No. 05-040-SLR
                                 )
TIMOTHY CANNON,                  )
                                 )
          Defendant.             )

## O R D E R

At Wilmington this 9th day of August, 2005,

IT IS ORDERED that:

1.   A telephone conference is scheduled for **Tuesday,
August 23, 2005** at **9:00 a.m.**, with the court initiating said
call.

2.   The time between this order and the **August 23,
2005** teleconference shall be excluded under the Speedy Trial Act
in the interests of justice.  18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge