IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　　) 　Crim. No. 05-040-SLR<br>　　　　　　　　　　　　　　　　)<br>TIMOTHY CANNON, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　) | |

O R D E R

At Wilmington this 23d day of August, 2005, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Tuesday, September 13, 2005** at **4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **September 13, 2005** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge