IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-40-SLR |
| | ) | |
| TIMOTHY CANNON, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count Two of the Indictment pursuant to the Memorandum of Plea Agreement dated September 13, 2005.

COLM F. CONNOLLY
United States Attorney

By: _Richard G. Andrews_
Richard G. Andrews
First Assistant United States Attorney

Dated: 12/12/05

SO ORDERED this __12th__ day of __December__, 2005.

_Sue L. Robinson_
HONORABLE SUE L. ROBINSON
United States District Court