PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 1:05CR00040 (SLR) |
| | ) |
| Timothy Cannon, | ) |
| | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW Nancy A. Klingler Probation Officer of the Court presenting an official report upon the conduct and attitude of Timothy Cannon , who was placed on supervision by the Honorable Sue L. Robinson , sitting in the court at Wilmington, Delaware on the 12th day of December 2005, who fixed the period of supervision at two years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

The defendant shall participate in a drug aftercare treatment program, at the direction of the probation officer, which may include urine testing..

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** ...that a warrant be issued for the arrest of Timothy Cannon so that he may be brought before the Court for a hearing to determine if he has violated the conditions of supervised release.

**ORDER OF COURT**

So ordered this ___10th___ day
of ___January___ 2007.

_____
Chief U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_Nancy A. Klingler_
U.S. Probation Officer

Executed on   January 8, 2007

Place   Dover, Delaware

**Mandatory Condition**: The defendant shall not commit another federal, state, or local crime.

**Evidence**: On November 28, 2006, an order was entered in Justice of the Peace Court #2 as a condition of bail, which prohibited Mr. Cannon from having any direct or indirect contact with Tykesha Frazier, the victim named in the criminal complaint charging the defendant with assault, third degree. Mr. Cannon was ordered to remain at least 100 yards away from Ms. Frazier, with the only exception being a medical emergency involving their children. On January 2, 2007, the defendant is alleged to have been involved in another incident with Ms. Frazier, during which he reportedly ripped the gear shift out of her car. Contact between the defendant and Ms. Frazier violates the order issued by Justice of the Peace Judge Ruffin. An arrest warrant was issued for Mr. Cannon on January 3, 2007.

**Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Evidence A**: The defendant failed to appear for the following office appointments:

December 18, 2006
December 22, 2006
December 29, 2006

**Evidence B**: The defendant has not submitted monthly reports for the months of August through December 2006.

**Standard Conditions #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician.

**Evidence**: On November 30, 2006, the defendant tested positive for the use of cocaine.

**Special Condition**: The defendant shall participate in a drug aftercare treatment program, at the direction of the probation officer, which may include testing.

**Evidence**: The defendant failed to report to Sussex County Counseling on the following dates for random drug testing:

November 17, 2006
November 27, 2006
December 6, 2006
December 18, 2006

The defendant's last random test through the counseling center occurred on October 24, 2006.