IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY CANNON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Crim. No. 05-040-SLR<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 27th day of March, 2007,

IT IS ORDERED that the hearing to consider revocation of supervised release is scheduled for **Tuesday, April 10, 2007 at 2:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                                                                                 _____<br>
                                                                                                                               United States District Judge