AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

TIMOTHY CANNON

**WARRANT FOR ARREST**

Case Number:    05-CR-040-01-SLR

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    <u>TIMOTHY CANNON</u>
                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   x Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of Supervised Release Conditions

in violation of Title _____ United States Code, Section(s) _____

**PETER T. DALLEO** _____
Name of Issuing Officer

BY: _Francesca Iasano, Deputy Clerk_
Signature of Issuing Officer

**CLERK OF COURT** _____
Title of Issuing Officer

1/10/07   at Wilmington, Delaware
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

Timothy Cannon

| DATE RECEIVED 1/10/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/26/07 | Toby M. Conrad DUSM | TMC |

2007 MAY -4 AH 8:49
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED