IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-040-SLR |
| | ) |
| TIMOTHY CANNON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 11th day of July, 2007;

IT IS ORDERED that the sentencing hearing for defendant's supervised release violation is scheduled for **Tuesday, August 28, 2007 at 9:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge