IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-40-001-SLR |
| | ) |
| TIMOTHY CANNON, | ) |
| | ) |
| Defendant. | ) |

**ORDER MODIFING SUPERVISED RELEASE**

At Wilmington this 28th of August, 2007, defendant, represented by counsel, having entered a plea of guilty to violating standard conditions 2, 7, and a special condition of his supervised release on April 10, 2007, at which time sentencing was deferred for ninety days;

IT IS ORDERED that the defendant is adjudged guilty of the violations of his conditions of supervised release.

IT IS FURTHER ORDERED that the term of supervised release and the conditions imposed by this court on December 13, 2005 remain in full effect with the following modification: the defendant shall complete 50 hours of community service at the direction of the probation officer.

_____
United States District Judge